**TO: Clerk's Office**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

*************************************

United States

-v.-

Singh and Ceraolo

22-mj-213
Docket Number

*************************************

SUBMITTED BY: Plaintiff ___ Defendant ___ DOJ ✓
Name: Alexander Mindlin
Firm Name: USAO-EDNY
Address: ___

Phone Number: 347-677-2387
E-Mail Address: alexander.mindlin@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___ NO ___
If yes, state description of document to be entered on docket sheet:

**A)** **If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered: ___
Judge/Magistrate Judge: ___
Date Entered: ___

**B)** **If a** **new** **application,** the statute, regulation, or other legal basis that authorizes filing under seal

Criminal investigation pending

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE,**
**AND MAY NOT BE UNSEALED UNLESS ORDERED BY**
**THE COURT.**

DATED:  Brooklyn                , NEW YORK
        March 10, 2023

        *Marcia M. Henry*

**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE ___ DATE ___

**MANDATORY CERTIFICATION OF SERVICE:**
**A.)** ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ___ ; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

3/9/2023
DATE

_____
SIGNATURE