

|  |  |
|---|---|
| | **U.S. Department of Justice** |
| | *United States Attorney*<br>*Eastern District of New York* |
| AFM/AA<br>F. #2022R00315 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

March 14, 2023

By E-mail

The Honorable Taryn A. Merkl
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Sagar Singh
     Criminal Docket No. 23-M-213 (TAM)

Dear Judge Merkl:

   The government respectfully moves for an order unsealing in their entirety the complaint and arrest warrants in the above-captioned matter.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

         By:    /s/
            Alexander F. Mindlin
            Adam Amir
            Assistant U.S. Attorney
            (718) 254-6116/6433

Enclosures

cc: Clerk of Court (by ECF)

AFM/AA
F.# 2022R00315

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

SAGAR SINGH,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

23-M-213 (TAM)

       Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorneys Alexander F. Mindlin and Adam Amir, for an order unsealing the complaint and arrest warrants in the above-captioned matter.

       WHEREFORE, it is ordered that the complaint and arrest warrants in this matter be unsealed.

Dated:   Brooklyn, New York
          March 14, 2023

                            *Taryn A. Merkl*
                            HONORABLE TARYN A. MERKL
                            UNITED STATES MAGISTRATE JUDGE
                            EASTERN DISTRICT OF NEW YORK